IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-051-MOC-DCK

| | |
|---|---|
| **TFORCE FREIGHT, INC.,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **EXTREME DIMENSIONS, INC.,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by David M. Wilkerson, concerning Ryan Davis, on April 26, 2023. Ryan Davis seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Ryan Davis is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: April 26, 2023

David C. Keesler
United States Magistrate Judge